UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHAWN HEALEY, on behalf of himself and all others
similarly situated, and GEORGE SMITH, FRANCIS
MENDELSOHN, ELISA DUBITSKY, BRUCE
ENTWISTLE, and PAUL HATCHER, individually,

                       Plaintiffs,

     - against -

AMINCOR, INC., TYREE HOLDINGS CORP., TYREE
SERVICE CORP., TYREE ENVIROMENTAL CORP.,
JOHN R. RICE III, JOSEPH F. INGRASSIA, ROBERT L.
OLSON; and STEPHEN J. TYREE, individually,

                       Defendants.
------------------------------------------------------------------X

Case No.:
14 Civ. 5104 (JS) (AKT)

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL
PROCEDURE 41

ORDER

     PLEASE TAKE NOTICE that Plaintiff Shawn Healey, on behalf of himself and all others similarly situated, and Plaintiffs George Smith, Francis Mendelsohn, Elisa Dubitsky, Bruce Entwistle, and Paul Hatcher, by and through their attorneys, Shulman Kessler LLP, hereby voluntarily dismiss the above entitled action, against Defendants Amincor, Inc., Tyree Holdings Corp., Tyree Service Corp., and Tyree Environmental Corp., and John R. Rice III, Joseph F. Ingrassia, Robert L. Olson, and Stephen J. Tyree, individually, pursuant to Federal Rule of Civil Procedure 41(a)(1):

Dated: Melville, New York
        January 9, 2015

The Clerk of the Court is directed to mark this matter CLOSED.

Respectfully submitted,

SHULMAN KESSLER LLP

By: /s/ Garrett Kaske
    Troy L. Kessler
    Marijana F. Matura
    Garrett Kaske
510 Broadhollow Road, Suite 110
Melville, New York 11747
(631) 499-9100

*Attorneys for Plaintiffs*

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Feb. 3, 2015
Central Islip, NY